UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH THOMAS, JR., | |
| Plaintiff, | Case No. C19-1766-JCC-MLP |
| v. | MINUTE ORDER |
| CORRECTIONS OFFICER HOPF, *et al.,* | |
| Defendants. | |

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

On February 26, 2021, Plaintiff submitted a Motion for "New Scheduling Order with Discovery Motions Deadlines" ("Plaintiff's Motion") requesting that this Court set a new deadline for discovery because Plaintiff has not yet received a response from Defendants to his earlier submitted discovery requests. (Dkt. # 49 at 1.) However, on February 22, 2021, this Court entered an order establishing a new discovery deadline of April 5, 2021, based in part on the stay of discovery previously entered in this matter and because Defendants had yet to respond to Plaintiff's discovery requests. (Dkt. # 48 at 4.) In addition, this Court set a new dispositive

MINUTE ORDER - 1

motions deadline of May 5, 2021, given the expected expansion of the factual record after further discovery. (*Id.* at 3-4.)

Accordingly, because new deadlines for discovery and dispositive motions have recently been established and not yet passed, Plaintiff's Motion (dkt. # 49) is DENIED.

Dated this 1st day of March, 2021.

William M. McCool  
Clerk of Court

By: /s/Tim Farrell  
Deputy Clerk

MINUTE ORDER - 2