UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH THOMAS, JR.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CORRECTIONS OFFICER HOPF, *et al.*,<br><br>　　　　　　Defendants. | Case No. C19-1766-JCC-MLP<br><br>MINUTE ORDER |

　　　　The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

　　　　On March 4, 2021, Plaintiff submitted a motion to compel ("Plaintiff's Motion") requesting that Defendant Hopf respond to Plaintiff's previously sent discovery requests. (Dkt. # 51 at 1.) On March 15, 2021, Defendants responded that Defendant Hopf has 30 days from February 22, 2021, to respond to Plaintiff's discovery requests based on this Court's previous Order lifting a stay of discovery (dkt. # 48) and that 30 days has yet to elapse. (Dkt. # 52 at 1.) Furthermore, Defendants note Plaintiff's Motion is moot because Defendant Hopf served his responses and objections to Plaintiff's two set of discovery requests by mail on March 12, 2021. (*Id.*; *see* Duncan Decl. (Dkt. # 53) at ¶ 3.)

MINUTE ORDER - 1

Accordingly, because Defendant Hopf has since filed responses to Plaintiff's discovery requests, Plaintiff's Motion (dkt. # 49) is DENIED as moot.

Dated this 19th day of March, 2021.

William M. McCool
Clerk of Court

By: /s/Tim Farrell
Deputy Clerk

MINUTE ORDER - 2