1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

9   KENNETH THOMAS, JR.,                          CASE NO. C19-1766-JCC

10                          Plaintiff,            ORDER

11          v.

12  CORRECTIONS OFFICER HOPF,

13                          Defendant.

14

15          This matter comes before the Court on United States Magistrate Judge Michelle

16  Peterson's Report and Recommendation ("R&R") recommending the Court grant Officer Hopf's

17  motion for summary judgment (Dkt. No. 76). Mr. Thomas has not objected to the R&R. Having

18  reviewed the R&R and the relevant record, the Court ADOPTS the R&R and GRANTS Officer

19  Hopf's motion for summary judgment. The Court DIRECTS the Clerk to close this case and send

20  copies of this order to Mr. Thomas, Jr. and to Judge Peterson.

21

22          DATED this 6th day of July 2021.

23

24

25          _____

26          John C. Coughenour
            UNITED STATES DISTRICT JUDGE